NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**HUAFENG XU,**
*Plaintiff-Appellant,*

**v.**

**UNITED STATES,**
*Defendant-Appellee.*

---

2014-5016

---

Appeal from the United States Court of Federal Claims in No. 1:13-cv-00261-MMS, Judge Margaret M. Sweeney.

---

**ON MOTION**

---

PER CURIAM.

### O R D E R

The court construes Huafeng Xu's filings as (1) a motion for reconsideration of the January 6, 2014 order dismissing his case for failure to file a brief and (2) a motion to recuse the Clerk of Court.

Upon consideration thereof,

IT IS ORDERED THAT:

2                                                                          XU v. US

(1)  The motion for reconsideration is denied.

(2)  The motion to recuse the Clerk of Court is denied.

FOR THE COURT

/s/ Anne M. Tomlinson
Anne M. Tomlinson
Acting Chief Deputy Clerk

s26